ADAM RAIBLE, an Infant, by SOPHIA RAIBLE, His Guardian ad Litem, Respondent, *v.* THE HYGIENIC ICE AND REFRIGERATING COMPANY, Appellant.

*Raible* v. *Hygienic Ice & Refrigerating Co.*, 140 App. Div. 946, affirmed.

(Argued February 23, 1912; decided March 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to

recover for the death of plaintiff's intestate, alleged to have been sustained through the negligence of defendant.

*George Lawyer* for appellant.

*Henry J. Crawford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and HISCOCK, JJ. Dissenting: VANN and COLLIN, JJ.